CLINTON TRUST COMPANY, as Successor Trustee under a Trust Mortgage Dated June 1, 1927, Executed by 142–144 JORALEMON STREET CORPORATION, Respondent, v. 142–144 JORALEMON STREET CORPORATION and Others, Defendants, Impleaded

with JULIUS D. SMOLEN and Others, Appellants.— Order denying motion for leave to intervene affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.